UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

04 10556 JLT

| | |
|---|---|
| TODD KLEIN, Derivatively On Behalf of PUTNAM GLOBAL EQUITY FUND, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JOHN A. HILL, JAMESON A. BAXTER, CHARLES B. CURTIS, RONALD J. JACKSON, PAUL L. JOSKOW, ELIZABETH T. KENNAN, LAWRENCE J. LASSER, JOHN H. MULLIN, III, ROBERT E. PATTERSON, GEORGE PUTNAM, I II, A.J.C. SMITH, W. THOMAS STEPHENS, W. NICHOLAS THORNDIKE, CHARLES E. PORTER, PATRICIA C. FLAHERTY, KARNIG H. DURGARIAN, STEVEN D. KRICHMAR, MICHAEL T. HEALY, BRETT C. BROWCHUCK, CHARLES E. HALDEMAN, JR., LAWRENCE J. LASSER, BETH S. MAZOR, RICHARD A. MONAGHAN, STEPHEN M. ORSTAGLIO, GORDON H. SILVER, MARK C. TRENCHARD, DEBORAH F. KUENSTNER, JUDITH COHEN, MARSH & MCLENNAN COMPANIES, INC., PUTNAM INVESTMENT MANAGEMENT, LLC, PUTNAM INVESTMENT FUNDS, PUTNAM INVESTMENT TRUSTS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |
| - and - | ) ) |
| PUTNAM GLOBAL EQUITY FUND, INC., a Massachusetts Corporation, | ) ) ) ) |
| Nominal Defendant. | ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Putnam Investment Funds and Putnam Global Equity Fund, Inc. make this Corporate Disclosure Statement:

1. Putnam Investment Funds is a Massachusetts business trust which is registered with the Securities and Exchange Commission. It is a sponsor of a series of other funds in the Putnam family.

2. Putnam Global Equity Fund, Inc. is a Massachusetts business trust which is registered with the Securities and Exchange Commission.

Dated: March 19, 2004

Respectfully Submitted,

_____
John D. Donovan, Jr. (BBO #130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

*Attorneys for Putnam Investment Funds, Putnam Global Equity Fund, Inc., John A. Hill, Jameson A. Baxter, Charles B. Curtis, Ronald J. Jackson, Paul L. Joskow, Elizabeth T. Kennan, John H. Mullin, III, Robert E. Patterson, W. Thomas Stephens, W. Nicholas Thorndike, Charles E. Porter, Patricia C. Flaherty, Judith Cohen and George Putnam, III*