UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TODD KLEIN, Derivatively )
on behalf of the PUTNAM GLOBAL )
EQUITY FUND, INC., )
    Plaintiff, )
)
  V )
)
JOHN A. HILL, et al )    CA 04-10556-JLT
    Defendants, )
)
)
  And )
)
)

PUTNAM GLOBAL EQUITY
FUND, INC.


ORDER

MARCH 23, 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).


_____
United States District Judge